ACCEPTED
01-15-00528-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:03:06 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00528-CV

IN THE

COURT OF APPEALS

FOR THE

FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:03:06 PM
CHRISTOPHER A. PRINE
Clerk

ROBERT CARON AND SUJATA KIMBERLY CARON
Appellants

V.

STEPHEN A. SMABY AND SHELLEY A. GREENE
Appellees

AGREED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THIS COURT:

Appellants, Robert Caron and Sujata Kimberly Caron respectfully file this their

Agreed Motion for Extension of Time to file Appellants' Brief pursuant to Tex. R.

App. P. 10.5(b) and 38.6(d) and requests that this court grant them an extension of

time to file Appellants' Brief.

I.

Appellants' brief was due in this court on Thursday, October 8, 2015.

## II.

Appellants require an extension of time until a date thirty (30) days after the supplemental record has been filed with the Court of Appeals.

## III.

There have been no previous extensions of time with respect to Appellants' Brief.

## IV.

Appellants rely on the following facts to reasonably explain the need for an extension. On August 25, 2015, Plaintiffs, Appellants, filed a request to supplement the clerk's record pursuant to Tex. R. App. P. 34.5(c)(1). On September 14, 2015 Defendants, Appellees, also filed a request to supplement the clerks record. The district clerk sent an e-mail to the undersigned Appellants' counsel advising him that the cost of preparing the supplemental record would be $476.00. Appellants' counsel paid this amount by a check personally delivered to the District Clerk's office on October 16, 2015. The supplemental record has not been filed with the Court of Appeals. The present clerk's record is inadequate and incomplete as a basis for briefing the case. The parties need the supplemental clerk's record to be filed in order to brief the case. Appellants therefore request that the time to file Appellants' brief be extended to a date thirty (30) days after the supplemental record has been filed with the Court of Appeals.

V.

For these reasons, Appellants ask this Court to grant an extension of time to file Appellants' brief to a date thirty (30) days after the supplemental record has been filed with the Court of Appeals.

CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellees, Brett Sileo, about the merits of Appellants' Motion for Extension of Time to File Appellants' Brief by a telephone conversation on October 23, 2015. Mr. Sileo agrees with the motion.

Respectfully submitted,

Law Offices of William E. Ryan
By:/s/ William E. Ryan
   William E. Ryan, Esq.
   ryanattorney@aol.com
    State Bar. No. 17485200
  1302 Waugh Drive #631
Houston, Texas 77098-4125
   Telephone: 713-520-0073
ATTORNEY FOR APPELLANTS
ROBERT CARON AND
SUJATA KIMBERLY CARON
       .

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Agreed Motion for Extension of Time to file Appellants' Brief has been served on the following counsel of record by e-mail on this the 26rd day of October, 2015:

Britton B. Harris
bharris@hhstxlaw.com
Brett J. Sileo
bsileo@hhstxlaw.com
1111 Rosalie
Houston, Texas 77004
Attorneys for Appellees Shelley L. Greene and Stephen A. Smaby

/s/ William E. Ryan
William E. Ryan